**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Scott** <br> First name <br><br> **A.** <br> Middle name <br><br> **Pozner** <br> Last name and Suffix (Sr., Jr., II, III) | **Denise** <br> First name <br><br> <br> Middle name <br><br> **Pozner** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | | **ODS Alpine Wellness Clinic P.C.** <br> **Denesa Pozner** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7582 | xxx-xx-7107 |

Debtor 1
Debtor 2  **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)*

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**13850 W Amherst Dr**
**Lakewood, CO 80228-4984**
Number, Street, City, State & ZIP Code

**Jefferson**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | | _____ | | _____ | | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
     My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
     I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
     My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
     I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1
Debtor 2     **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)*

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

■ No.     I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.     I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Scott Pozner** | **/s/ Denesa Pozner** |
|---|---|
| **Scott A. Pozner** | **Denise Pozner** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **October 31, 2017** | Executed on   **October 31, 2017** |
| MM / DD / YYYY | MM / DD / YYYY |

---

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Guy Humphries**
Signature of Attorney for Debtor

Date    **October 31, 2017**
MM / DD / YYYY

**Guy Humphries**
Printed name

**Guy Humphries, Attorney at Law**
Firm name

**1801 Broadway Ste 1100**
**Denver, CO 80202-3839**
Number, Street, City, State & ZIP Code

Contact phone

Email address    **guyhumphries@msn.com**

**10541**
Bar number & State

---

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 7

Certificate Number: 13858-CO-CC-029196422



13858-CO-CC-029196422

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 4, 2017, at 9:50 o'clock AM MDT, Scott Pozner received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   May 4, 2017                     By:      /s/Edwin G. Calderon

                                        Name:   Edwin G. Calderon

                                        Title:   Vice President

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 13858-CO-CC-029196423



13858-CO-CC-029196423

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 4, 2017</u>, at <u>9:50</u> o'clock <u>AM MDT</u>, <u>Denesa Pozner</u> received from <u>MoneySharp Credit Counseling Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>May 4, 2017</u>          By:      <u>/s/Edwin G. Calderon</u>

Name:   <u>Edwin G. Calderon</u>

Title:   <u>Vice President</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott A. Pozner** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Denise Pozner** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          **4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2      Explain the Sources of Your Income**

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$102,859.00** | ■ Wages, commissions, bonuses, tips | **$9,866.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1
Debtor 2 **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $107,300.00 | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $12,350.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $115,740.00 | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $8,360.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and
    other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If
    you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income from**<br>**each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
    individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that
    creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include
    payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ■ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include
    payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for
    this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| **Caliber Home Loans**<br>**PO Box 24610**<br>**Oklahoma City, OK 73124-0610** | **8/2017, 9/2017,**<br>**10/2017** | **$5,176.44** | **$280,633.65** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Red Rocks Credit Union**<br>**8195 Southpark Ln**<br>**Littleton, CO 80120-4520** | 8/2017, 9/2017, 10/2017 | **$3,000.00** | **$68,345.32** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ■ No
   ☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2     **Pozner, Scott A. & Pozner, Denise**                    Case number *(if known)*

---

**Part 5:**   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| **Temple Sinai** | | **Monthly Tithe** | **$58.00** |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Charity's Name** | | | |
| **Address** (Number, Street, City, State and ZIP Code) | | | |

**Part 6:**   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

**Part 7:**   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Address** | | | |
| **Email or website address** | | | |
| **Person Who Made the Payment, if Not You** | | | |
| **Guy Humphries, Attorney at Law** **1801 Broadway Ste 1400** **Denver, CO 80202-3872** | | **4/2017** | **$990.00** |
| **Money Sharp Credit Counseling** | | **5/2017** | **$25.00** |

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**

Case number *(if known)* _____

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Market Transfers** | **Sold E Trade Accounts** | **$5,300** | **6/2017** |
| **Market Transfers** | **Sold Two Mutual Funds** | **$2,300** | **6/2017** |
| **Market Transfers** | **Day Trading in E Trade Accounts** | **$29,039 gross proceeds $100 net loss** | **Various Times, 2016** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Key Bank<br>15590 W 64th Ave<br>Arvada, CO 80007-6855** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/15/2017<br>Various<br>accounts closed** | **$100.00** |

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Pozner, Scott A. & Pozner, Denise** | Case number *(if known)* |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Red Rocks Credit Union<br>8195 Southpark Ln<br>Littleton, CO 80120-4520** | **Joint Access** | **Important Papaers** | ☐ No<br>■ Yes |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Alpine Wellness Clinic P.C.<br>16205 W 64th Ave Ste B-1<br>Arvada, CO 80007-7401** | **Wells Fargo Bank** | **Signatory of Business Checking and Savings Accounts** | **$1,000.00** |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**        Case number *(if known)*

---

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐  A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐  A partner in a partnership

☑  An officer, director, or managing executive of a corporation

☑  An owner of at least 5% of the voting or equity securities of a corporation

☐  **No. None of the above applies.  Go to Part 12.**

☑  **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Alpine Wellness Clinic P.C.<br>16205 W 64th Ave Ste B-1<br>Arvada, CO 80007-7401** | **Medical** | EIN:   **20-5851216**<br><br>From-To   **11/2005-Present** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Scott Pozner**                                   **/s/ Denesa Pozner**
**Scott A. Pozner**                                    **Denise Pozner**
**Signature of Debtor 1**                              **Signature of Debtor 2**

Date   **October 31, 2017**                            Date   **October 31, 2017**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**                Case number *(if known)* _____

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott A. Pozner** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Denise Pozner** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:      Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.............................................................. | $          470,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $          457,217.50 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $          927,217.50 |

**Part 2:      Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          359,299.97 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $          12,161.64 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $          267,391.90 |
| Your total liabilities | $          638,853.51 |

**Part 3:      Summarize Your Income and Expenses**

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $          8,073.14 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | $          7,823.00 |

**Part 4:      Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 __**Pozner, Scott A. & Pozner, Denise**__                    Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income***:** Copy your total current monthly income from Official Form
    122A-1 Line 11;**OR**, Form 122B Line 11;**OR**, Form 122C-1 Line 14.                                        $ _____**11,722.37**

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **12,161.64** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **102,966.88** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **115,128.52** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott A. Pozner** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denise Pozner** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

| 1.1 | | |
|---|---|---|

**13850 W Amherst Dr**
Street address, if available, or other description

**Lakewood          CO     80228-4984**
City                State    ZIP Code

**Jefferson**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $470,000.00 | $470,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**    | $470,000.00 |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**                    Case number *(if known)*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Model:   **Colorado**
Year:    **2016**
Approximate mileage:
Other information:

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

| 3.2 | Make: | **Acura** |
|---|---|---|

Model:   **MDX**
Year:    **2006**
Approximate mileage:
Other information:

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500.00** | **$1,500.00** |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>     **$26,500.00**

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| **Household goods and furnishings, including living room furniture, dining room/kitchen furniture, bedroom furniture, washer/dryer and other appliances, house wares and other miscellaneous furnishings, tools and gardening supplies** | **$3,650.00** |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| **Computer and computer peripherals, TVs, DVD** | **$500.00** |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**                              Case number *(if known)* _____

☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Golf Clubs, Ski Equipment, Workout Equipment | **$100.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| 1 - CZ 75b - 9mm handgun | **$400.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Clothing and shoes | **$1,000.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Wedding rings, watches, vaious other gems, and costume jewelry | **$1,000.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

| |
|---|
| **$6,650.00** |

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..............................................................................................

| | |
|---|---|
| Cash on hand | **$20.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.........................                          Institution name:

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**                                        Case number *(if known)*

| | | | |
|---|---|---|---|
| 17.1. | **Checking Account** | **Red Rocks Credit Union** | **$1,500.00** |
| 17.2. | **Savings Account** | **Red Rocks Credit Union** | **$430.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes..................        Institution or issuer name:
                                  **E Trade Account**                                            **$269.00**

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
   joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                                  Name of entity:                         % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☐ No
   ■ Yes. Give specific information about them
                                  Issuer name:
                                  **Savings Bonds**                                            **$500.00**

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                                  Type of account:        Institution name:
                                  **401(k) or Similar Plan**  **Voya (through employer)**        **$384,000.00**

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☐ No
   ■ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):
                                  **Daughter's 529**                                            **$4,395.61**
                                  **Daughter's 529**                                            **$2,306.64**
                                  **Son's 529**                                                 **$370.53**

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them...

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**                                  Case number *(if known)*

| | |
|---|---|
| **Pozner Family Trust**<br>**(No assets) (Trust was set up but never funded.)** | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Lafayette Life**<br>**(Term and Whole Life Policies)** | | **$30,275.72** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**                                    Case number *(if known)* _____

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for
Part 4. Write that number here............................................................................................................................   | **$424,067.50** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
■ No
☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No
☐ Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes.  Describe.....

41.  **Inventory**
■ No
☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
| **Alpine Wellness Clinic, P.C.**<br>**(Liabilities exceed assets)** | **100.00** % | **$0.00** |

43.  **Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  ■ No
  ☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for
Part 5. Write that number here............................................................................................................................   | **$0.00** |

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**                                      Case number *(if known)* _____

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
               If you own or have an interest in farmland, list it in Part 1.

---

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
     ☑ No. Go to Part 7.
     ☐ Yes.  Go to line 47.

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ☑ No
     ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    | **$0.00** |

---

**Part 8:**    **List the Totals of Each Part of this Form**

---

55.  **Part 1: Total real estate, line 2** ..................................................................................................    | **$470,000.00** |

56.  **Part 2: Total vehicles, line 5**                                        **$26,500.00**
57.  **Part 3: Total personal and household items, line 15**                    **$6,650.00**
58.  **Part 4: Total financial assets, line 36**                              **$424,067.50**
59.  **Part 5: Total business-related property, line 45**                         **$0.00**
60.  **Part 6: Total farm- and fishing-related property, line 52**                **$0.00**
61.  **Part 7: Total other property not listed, line 54**              +          **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$457,217.50**    Copy personal property total ▶    **$457,217.50**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62    | **$927,217.50** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott A. Pozner** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                      4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **13850 W Amherst Dr**<br>**Lakewood CO, 80228-4984**<br>**County : Jefferson**<br>Line from *Schedule A/B* **1.1** | $470,000.00 | ■  $75,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. §§ 38-41-201(a), 38-41-201.6, 38-41-202 |
| **Chevrolet**<br>**Colorado**<br>**2016**<br>Line from *Schedule A/B* **3.1** | $25,000.00 | ■  $14,679.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(j)(I) |
| **Acura**<br>**MDX**<br>**2006**<br>Line from *Schedule A/B* **3.2** | $1,500.00 | ■  $321.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(j)(I) |
| **Household goods and furnishings, including living room furniture, dining room/kitchen furniture, bedroom furniture, washer/dryer and other appliances, house wares and other miscellaneous furnishings, tools and gardening supplies**<br>Line from *Schedule A/B* **6.1** | $3,650.00 | ■  $3,650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(e) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Computer and computer peripherals, TVs, DVD**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Clothing and shoes**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |
| **Wedding rings, watches, vaious other gems, and costume jewelry**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $20.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** |
| **Red Rocks Credit Union**<br>Line from *Schedule A/B*: **17.1** | $1,500.00 | ■ $1,125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** |
| **Red Rocks Credit Union**<br>Line from *Schedule A/B*: **17.2** | $430.00 | ■ $322.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** |
| **Voya (through employer)**<br>Line from *Schedule A/B*: **21.1** | $384,000.00 | ■ $384,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **Daughter's 529**<br>Line from *Schedule A/B*: **24.1** | $4,395.61 | ■ $4,395.61<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 23-3.1-307.4** |
| **Daughter's 529**<br>Line from *Schedule A/B*: **24.2** | $2,306.64 | ■ $2,306.64<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 23-3.1-307.4** |
| **Son's 529**<br>Line from *Schedule A/B*: **24.3** | $370.53 | ■ $370.53<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 23-3.1-307.4** |
| **Lafayette Life (Term and Whole Life Policies)**<br>Line from *Schedule A/B*: **31.1** | $30,275.72 | ■ $30,275.72<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(l)(I)(A)** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* **that lists this property** | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1 _____
First Name            Middle Name            Last Name

Debtor 2 **Denise Pozner**_____
(Spouse if, filing)   First Name            Middle Name            Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 2 Exemptions** Brief description: Line from *Schedule A/B:* _____ | _____ | ☐ _____ ☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott A. Pozner** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Denise Pozner** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **Caliber Home Loans** | Describe the property that secures the claim: | $280,633.65 | $470,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 24610**
**Oklahoma City, OK**
**73124-0610**

Number, Street, City, State & Zip Code

**13850 W Amherst Dr, Lakewood, CO 80228-4984**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **First Mortgage**

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **02/01/2013**    Last 4 digits of account number    **8221**

| 2.2 | **Red Rocks Credit Union** | Describe the property that secures the claim: | $68,345.32 | $470,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**8195 Southpark Ln**
**Littleton, CO 80120-4520**

Number, Street, City, State & Zip Code

**13850 W Amherst Dr, Lakewood, CO 80228-4984**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Second Mortgage**

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **08/05/2016**    Last 4 digits of account number    **3354**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1 **Scott A. Pozner**
First Name          Middle Name          Last Name

Debtor 2 **Denise Pozner**
First Name          Middle Name          Last Name

Case number (if know) _____

| 2.3 | **Red Rocks Credit Union** | Describe the property that secures the claim: | $10,321.00 | $25,000.00 | $0.00 |
| | Creditor's Name | | | | |

**2016 Chevrolet Colorado**

**8195 Southpark Ln**
**Littleton, CO 80120-4520**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim relates to a**
   **community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred   **2017**          Last 4 digits of account number   _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:  | **$359,299.97** |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  | **$359,299.97** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott A. Pozner** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Denise Pozner** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**     **List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Colorado Department Of Revenue** | | | | |

Priority Creditor's Name
**Attn: Bankruptcy Department
1375 Sherman St Rm 504
Denver, CO 80261-3000**
Number Street City State ZIp Code

Last 4 digits of account number  **2691**          **$775.00**          **$775.00**          **$0.00**

When was the debt incurred?      **2009-2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  _____
                    **Trust Fund Liability**

Debtor 1
Debtor 2  **Pozner, Scott A. & Pozner, Denise**

Case number (if know) _____

| | | | | |
|---|---|---|---|---|
| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | 1216 | $11,386.64  $11,386.64  $0.00 |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**

When was the debt incurred?  **2009-2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
      **941 Liability**

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Bank Of America** | Last 4 digits of account number  9705 | $506.66 |

Nonpriority Creditor's Name

**PO Box 982235**
**El Paso, TX 79998-2235**

When was the debt incurred?  **2005-2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business expense of Alpine Wellness Chiropractic**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Pozner, Scott A. & Pozner, Denise**

Case number (if know) _____

| 4.2 | **Bank Of America** | Last 4 digits of account number | 5924 | $8,670.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? **2005-2016**

**PO Box 982235**
**El Paso, TX 79998-2235**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business expense of Alpine Wellness Chiropractic**

| 4.3 | **Bank Of America** | Last 4 digits of account number | 5608 | $14,872.42 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? **2014-2017**

**PO Box 982235**
**El Paso, TX 79998-2235**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business expense of Alpine Wellness Chiropractic**

| 4.4 | **Capital Accounts** | Last 4 digits of account number | 3161 | $401.34 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 140065**
**Nashville, TN 37214-0065**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of Alpine Wellness Chiropractic**

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**                                        Case number (if know) _____

| 4.5 | **Capital One Bank USA** | Last 4 digits of account number | **4659** | **$3,109.33** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 60599**
**City of Industry, CA 91716-0599**                When was the debt incurred?    **2005-2017**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
■ At least one of the debtors and another        ☐ Disputed

☐ **Check if this claim is for a community**     Type of NONPRIORITY unsecured claim:
**debt**                                          ☐ Student loans

Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                  ■ Other. Specify   **Business expense of Alpine Wellness**
                                                                     **Chiropractic**

---

| 4.6 | **Carnival (Barclay)** | Last 4 digits of account number | **7820** | **$2,909.29** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 13337**
**Philadelphia, PA 19101-3337**                  When was the debt incurred?    **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed

☐ **Check if this claim is for a community**     Type of NONPRIORITY unsecured claim:
**debt**                                          ☐ Student loans

Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                  ☐ Other. Specify   **Business expense of Alpine Wellness**
                                                                     **Chiropractic**

---

| 4.7 | **Chase Bank USA N.A.** | Last 4 digits of account number | **6172** | **$2,122.14** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15123**
**Wilmington, DE 19850-5123**                    When was the debt incurred?    **2009-2017**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
■ At least one of the debtors and another        ☐ Disputed

☐ **Check if this claim is for a community**     Type of NONPRIORITY unsecured claim:
**debt**                                          ☐ Student loans

Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                  ■ Other. Specify   **Business expense of Alpine Wellness**
                                                                     **Chiropractic**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Pozner, Scott A. & Pozner, Denise**

Case number (if know) _____

---

**4.8** | **Chase Bank USA N.A.**
Nonpriority Creditor's Name

Last 4 digits of account number    **6389**          $3,138.31

When was the debt incurred?    **2015-2017**

**PO Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business expense of Alpine Wellness Chiropractic**

---

**4.9** | **Citi Diamond Preferred**
Nonpriority Creditor's Name

Last 4 digits of account number    **9609**          $16,153.15

When was the debt incurred?    **2007-2017**

**PO Box 6500**
**Sioux Falls, SD 57117-6500**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business expense of Alpine Wellness Chiropractic**

---

**4.10** | **Citi Diamond Preferred**
Nonpriority Creditor's Name

Last 4 digits of account number    **8587**          $4,161.16

When was the debt incurred?    **2013-2017**

**PO Box 6500**
**Sioux Falls, SD 57117-6500**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business expense of Alpine Wellness Chiropractic**

---

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**

Case number (if know)

---

**4.11** | **Discount Tire / Synchrony Bank**
Nonpriority Creditor's Name

Last 4 digits of account number    5731          $5,616.00

When was the debt incurred?    2016

**PO Box 960061**
**Orlando, FL 32896-0061**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business expense of Alpine Wellness Chiropractic**

---

**4.12** | **Discover Bank**
Nonpriority Creditor's Name

Last 4 digits of account number    6976          $4,269.67

When was the debt incurred?    2009-2017

**PO Box 790213**
**Saint Louis, MO 63179-0213**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business expense of Alpine Wellness Chiropractic**

---

**4.13** | **Discover Bank**
Nonpriority Creditor's Name

Last 4 digits of account number    3302          $15,037.31

When was the debt incurred?    2013-2017

**PO Box 30421**
**Salt Lake City, UT 84130-0421**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business expense of Alpine Wellness Chiropractic**

---

Debtor 1
Debtor 2  **Pozner, Scott A. & Pozner, Denise**

Case number (if know) _____

---

**4.14**   **Discover Financial Service**
Nonpriority Creditor's Name

**PO Box 6105**
**Carol Stream, IL 60197-6105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4920**                     **$19,952.64**

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt consolidation loan**

---

**4.15**   **Hitachi Capital**
Nonpriority Creditor's Name

**800 Connecticut Ave**
**Norwalk, CT 06854-1631**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1003**                     **$17,270.95**

When was the debt incurred?   **2006**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business expense of Alpine Wellness Chiropractic  Practice startup**

---

**4.16**   **Key Bank**
Nonpriority Creditor's Name

**PO Box 94902**
**Cleveland, OH 44101-4902**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0124**                     **$9,072.95**

When was the debt incurred?   **2005-2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business expense of Alpine Wellness Chiropractic**

---

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**

Case number (if know) _____

---

| 4.17 | **National Medical Professionals** | Last 4 digits of account number | **6011** | $259.64 |

Nonpriority Creditor's Name

When was the debt incurred?    **10/2016**

**PO Box 1022**
**Wixom, MI 48393-1022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical expense for daughter**

---

| 4.18 | **Navitas** | Last 4 digits of account number | **5108** | $5,459.00 |

Nonpriority Creditor's Name

When was the debt incurred?    **2014**

**111 Executive Center Dr Ste 102**
**Columbia, SC 29210-8414**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

| 4.19 | **Nelnet - Student Loans** | Last 4 digits of account number | **0040** | $102,966.88 |

Nonpriority Creditor's Name

When was the debt incurred?    **10/2001-02/2005**

**PO Box 82505**
**Lincoln, NE 68501-2505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
■ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
□ Other. Specify    _____

**Student loan obligation**

---

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**

Case number (if know) _____

---

| 4.20 | **Prosper Funding LLC** | Last 4 digits of account number | **1604** | $12,078.20 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **2015**

**221 Main St Ste 300**
**San Francisco, CA 94105-1909**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   **Debt consolidation**

---

| 4.21 | **Sirius Satelite Radio** | Last 4 digits of account number | **4550** | $46.18 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **02/2017**

**PO Box 33174**
**Detroit, MI 48232-5174**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
■ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   **Satelite Radio subscription - Cancelled but was not stopped (Debtor disputes this debt)**

---

| 4.22 | **UCHealth** | Last 4 digits of account number | **2683** | $400.01 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **10/2016**

**PO Box 733159**
**Dallas, TX 75373-3159**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   **Medical expense for daughter**

---

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**

Case number (if know) _____

| | | |
|---|---|---|
| 4.23 | **US Financial Services Inc.**<br>Nonpriority Creditor's Name | Last 4 digits of account number   **9075**   $3,814.62 |

**21599 W 11 Mile Rd Ste 100**
**Southfield, MI 48076-3800**
Number Street City State ZIp Code

When was the debt incurred?   **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.24 | **USAA**<br>Nonpriority Creditor's Name | Last 4 digits of account number   **5445**   $15,103.97 |

**10750 McDermott Fwy**
**San Antonio, TX 78288-0002**
Number Street City State ZIp Code

When was the debt incurred?   **2009-2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business expense of Alpine Wellness Chiropractic**

---

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Alternative Collection LLC**
**3842 Harlem Rd Ste 341**
**Buffalo, NY 14215-1935**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1003**

---

Name and Address
**Capital Management Service**
**698 1/2 S Ogden St**
**Buffalo, NY 14206-2317**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **3302**

---

Name and Address
**Colorado Attorney General**
**1300 N Broadway Fl 7**
**Denver, CO 80203-2104**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2691**

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**

Case number (if know) _____

**FMA Alliance, Ltd.**
PO Box 2409
Houston, TX 77252-2409

Line **4.12** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6976**

Name and Address
**IRS District Counsel**
600 17th St Ste 300
Denver, CO 80202-5446

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1216**

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 12,161.64 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 12,161.64 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 102,966.88 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 164,425.02 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 267,391.90 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott A. Pozner** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Denise Pozner** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Verizon**<br>**140 West Street**<br>**New York, NY 10007** | **Cellphone contract** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott A. Pozner** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denise Pozner** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Alpine Wellness Chiropractic**<br>**16205 W 64th Ave Ste B-1**<br>**Arvada, CO 80007-7401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Capital One Bank USA** |
| 3.2 | **Alpine Wellness Chiropractic**<br>**16205 W 64th Ave Ste B-1**<br>**Arvada, CO 80007-7401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Chase Bank USA N.A.** |
| 3.3 | **Alpine Wellness Chiropractic**<br>**16205 W 64th Ave Ste B-1**<br>**Arvada, CO 80007-7401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Chase Bank USA N.A.** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Pozner, Scott A. & Pozner, Denise**                          Case number *(if known)* _____

| | ▮ **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.4   **Alpine Wellness Chiropractic**
      **16205 W 64th Ave Ste B-1**
      **Arvada, CO 80007-7401**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.1**
☐ Schedule G _____
**Colorado Department Of Revenue**

---

3.5   **Alpine Wellness Chiropractic**
      **16205 W 64th Ave Ste B-1**
      **Arvada, CO 80007-7401**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.13**
☐ Schedule G _____
**Discover Bank**

---

3.6   **Alpine Wellness Chiropractic**
      **16205 W 64th Ave Ste B-1**
      **Arvada, CO 80007-7401**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.2**
☐ Schedule G _____
**Internal Revenue Service**

---

3.7   **Alpine Wellness Chiropractic**
      **16205 W 64th Ave Ste B-1**
      **Arvada, CO 80007-7401**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.18**
☐ Schedule G _____
**Navitas**

---

3.8   **Alpine Wellness Chiropractic**
      **16205 W 64th Ave Ste B-1**
      **Arvada, CO 80007-7401**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.24**
☐ Schedule G _____
**USAA**

---

3.9   **Norman Pozner**
      **8635 N Sunburst Trl**
      **Parker, CO 80134-6921**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Red Rocks Credit Union**

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Scott A. Pozner** |
| Debtor 2 (Spouse, if filing) | **Denise Pozner** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

<u>Official Form 106I</u>
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Systems Integration Analyst | Chiropractor |
| Employer's name | | Lockheed Martin | Alpine Wellness Chiropractic |
| Employer's address | | 12999 W Deer Creek Canyon Rd<br>Littleton, CO 80127-5146 | 16205 W 64th Ave Ste B-1<br>Arvada, CO 80007-7401 |
| How long employed there? | | 18 years | 12 years |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 10,821.38 | $ 962.39 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 10,821.38 | $ 962.39 |

Debtor 1
Debtor 2    **Pozner, Scott A. & Pozner, Denise**

Case number (*if known*) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 10,821.38 | $ 962.39 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 2,256.56 | | $ 69.52 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 829.20 | | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 3.20 | | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | | $ 0.00 |
| 5h. | **Other deductions.** Specify:   **Medical Dental Vision** | 5h.+ | $ 523.90 | + $ | 0.00 |
| | **Life Insurance** | | $ 16.68 | | $ 0.00 |
| | **Disability** | | $ 11.57 | | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 3,641.11 | $ 69.52 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 7,180.27 | $ 892.87 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 7,180.27 + $ 892.87 | = $ 8,073.14 |

| | | | |
|---|---|---|---|
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 8,073.14 |
| | | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain:    **Wife will close her Chiropractic practice on April 1, 2018. Her income will end at that time.**

Fill in this information to identify your case:

Debtor 1 __Scott A. Pozner__

Debtor 2 __Denise Pozner__
(Spouse, if filing)

United States Bankruptcy Court for the: __DISTRICT OF COLORADO, DENVER DIVISION__

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 6 | ☐ No  ■ Yes |
| Daughter | 4 | ☐ No  ■ Yes |
| Son | 1 | ☐ No  ■ Yes |
| | | ☐ No  ■ Yes |
| | | ☐ No  ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ __1,726.00__

If not included in line 4:

4a.   Real estate taxes   4a. $ __0.00__

4b.   Property, homeowner's, or renter's insurance   4b. $ __0.00__

4c.   Home maintenance, repair, and upkeep expenses   4c. $ __125.00__

4d.   Homeowner's association or condominium dues   4d. $ __40.00__

5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $ __1,000.00__

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**                              Case number (if known)   _____

Debtor 1
Debtor 2   **Pozner, Scott A. & Pozner, Denise**         Case number (if known) _____

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a.  $   **225.00** |
| | 6b.   Water, sewer, garbage collection | 6b.  $   **100.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.  $   **300.00** |
| | 6d.   Other. Specify: | 6d.  $   **0.00** |
| 7. | **Food and housekeeping supplies** | 7.  $   **1,000.00** |
| 8. | **Childcare and children's education costs** | 8.  $   **1,310.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $   **125.00** |
| 10. | **Personal care products and services** | 10.  $   **125.00** |
| 11. | **Medical and dental expenses** | 11.  $   **250.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $   **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $   **100.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $   **58.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a.  $   **350.00** |
| | 15b.   Health insurance | 15b.  $   **0.00** |
| | 15c.   Vehicle insurance | 15c.  $   **225.00** |
| | 15d.   Other insurance. Specify: | 15d.  $   **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.  $   **0.00** |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1 | 17a.  $   **190.00** |
| | 17b.   Car payments for Vehicle 2 | 17b.  $   **0.00** |
| | 17c.   Other. Specify: | 17c.  $   **0.00** |
| | 17d.   Other. Specify: | 17d.  $   **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18.  $   **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $   **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income***.** | |
| | 20a.   Mortgages on other property | 20a.  $   **0.00** |
| | 20b.   Real estate taxes | 20b.  $   **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.  $   **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.  $   **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e.  $   **0.00** |
| 21. | **Other:** Specify:   **Unexpected emergencies** | 21.  +$   **100.00** |
| |       **Children's activities** | +$   **274.00** |
| | | +$   **0.00** |

| | | |
|---|---|---|
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $   **7,823.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $   **7,823.00** |
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $   **8,073.14** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$   **7,823.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $   **250.14** |

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.
       Explain here:**Debtors anticipate a decrease in child care expenses of about $800/month when Wife stops working in April, 2018. Debtors anticipate an increase of $353/month in their child care and children's education expenses beginning in the Fall of 2018. Debtors anticipate a material increase in medical insurance and medical expenses in 2018.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott A. Pozner** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Denise Pozner** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Scott Pozner**                          X **/s/ Denesa Pozner**
Scott A. Pozner                                  Denise Pozner
Signature of Debtor 1                            Signature of Debtor 2

Date **October 31, 2017**                        Date **October 31, 2017**

**Note:** Year-To-Date (YTD) balance information below reflects the accrual as of the end of the month shown. Current YTD totals, and paid time off balances appear on your latest weekly pay statement.



**LOCKHEED MARTIN**

Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Vacation Rate | Pay Period |
|---|---|---|---|---|---|
| Scott Pozner | | 1 | $126,191 / Annual | $60.668750 | 10/02/2017 to 10/08/2017 |

### Hours/Earnings and Reimbursements

| | ----------- Current ----------- | | | ----------- YTD ----------- | |
|---|---|---|---|---|---|
| Description | Hours | Rate of Pay | Earnings | Hours YTD | Earnings YTD |
| Regular Pay | 32.00 | 60.668750 | 1,941.40 | 1,406.50 | 84,791.12 |
| Overtime Base 1.0 | 4.00 | 60.668750 | 242.68 | 68.00 | 4,094.21 |
| Floating Holiday | 8.00 | 60.668750 | 485.35 | 33.50 | 1,965.79 |
| Vacation | 0.00 | | 0.00 | 117.50 | 7,050.20 |
| Jury Duty-Paid | 0.00 | | 0.00 | 2.50 | 151.67 |
| Holiday | 0.00 | | 0.00 | 45.00 | 2,683.08 |
| Pers Business-Paid | 0.00 | | 0.00 | 31.00 | 1,880.74 |
| Paid Leave | 0.00 | | 0.00 | 4.00 | 242.68 |
| **TOTAL:** | **44.00** | | **2,669.43** | **1,708.00** | **102,859.49** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Opt'l Tem Life-Spouse | 4.52 | 185.32 |
| Dep Opt Term Life | 0.22 | 9.02 |
| **TOTAL:** | **4.74** | **194.34** |

### Taxes

| Description | Current | YTD | Taxable YTD |
|---|---|---|---|
| Fed Withholding | 284.72 | 10,055.21 | 90,012.36 |
| Fed FICA Med Hospital Ins / EE | 36.96 | 1,419.75 | 97,913.58 |
| Fed OASDI/Disability - EE | 158.02 | 6,070.64 | 97,913.58 |
| CO Withholding | 83.00 | 3,108.00 | 90,012.36 |
| **TOTAL:** | **562.70** | **20,653.60** | |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Savings-SSP | 194.14 | 7,901.22 |
| Medical | 107.75 | 4,417.75 |
| Dental | 12.22 | 501.02 |
| Vision | 2.42 | 99.22 |
| EE Special Accident | 1.38 | 56.58 |
| Spouse Special Accident | 1.29 | 52.89 |
| **TOTAL:** | **319.20** | **13,028.68** |

### Non-Paid Updates (Memo)

| Description | Hours | Current | Hours YTD | YTD |
|---|---|---|---|---|
| Imputed Inc-Life Ins. | | 4.43 | | 181.55 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2,669.43 | 0.00 | 562.70 | 323.94 | 1,782.79 |
| YTD: | 102,859.49 | 0.00 | 20,653.60 | 13,223.02 | 68,982.87 |

### Paid Time Off

| Plan | Balance |
|---|---|
| Vacation | 150.86 |

### Employer BIN

### Net Pay

| Advice # (Savings) | | 1,782.79 |
|---|---|---|
| Check Date: | | 10/13/2017 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

Paycheck Print

**Note:** Year-To-Date (YTD) balance information below reflects the accrual as of the end of the month shown. Current YTD totals, and paid time off balances appear on your latest weekly pay statement.

**LOCKHEED MARTIN**

Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Vacation Rate | Pay Period |
|---|---|---|---|---|---|
| Scott Pozner | | 1 | $126,191 / Annual | $60.668750 | 09/25/2017 to 10/01/2017 |

### Hours/Earnings and Reimbursements

| Description | Current Hours | Rate of Pay | Earnings | Hours YTD | Earnings YTD |
|---|---|---|---|---|---|
| Regular Pay | 37.50 | 60.668750 | 2,275.00 | 1,374.50 | 82,849.72 |
| Overtime Base 1.0 | 4.00 | 60.668750 | 242.68 | 64.00 | 3,851.53 |
| Floating Holiday | 0.00 | | 0.00 | 25.50 | 1,480.44 |
| Vacation | 0.00 | | 0.00 | 117.50 | 7,050.20 |
| Jury Duty-Paid | 2.50 | 60.668750 | 151.67 | 2.50 | 151.67 |
| Holiday | 0.00 | | 0.00 | 45.00 | 2,683.08 |
| Pers Business-Paid | 0.00 | | 0.00 | 31.00 | 1,880.74 |
| Paid Leave | 0.00 | | 0.00 | 4.00 | 242.68 |
| TOTAL: | 44.00 | | 2,669.43 | 1,664.00 | 100,190.06 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Opt'l Tem Life-Spouse | 4.52 | 180.80 |
| Dep Opt Term Life | 0.22 | 8.80 |
| TOTAL: | 4.74 | 189.60 |

### Taxes

| Description | Current | YTD | Taxable YTD |
|---|---|---|---|
| Fed Withholdng | 284.72 | 9,770.49 | 87,657.70 |
| Fed MED/EE | 36.96 | 1,382.79 | 95,364.78 |
| Fed OASDI/EE | 158.03 | 5,912.62 | 95,364.78 |
| CO Withholdng | 83.00 | 3,025.00 | 87,657.70 |
| TOTAL: | 562.71 | 20,090.90 | |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Savings-SSP | 194.14 | 7,707.08 |
| Medical | 107.75 | 4,310.00 |
| Dental | 12.22 | 488.80 |
| Vision | 2.42 | 96.80 |
| EE Special Accident | 1.38 | 55.20 |
| Spouse Special Accident | 1.29 | 51.60 |
| TOTAL: | 319.20 | 12,709.48 |

### Non-Paid Updates (Memo)

| Description | Hours | Current | Hours YTD | YTD |
|---|---|---|---|---|
| Imputed Inc-Life Ins. | | 4.43 | | 177.12 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2,669.43 | 0.00 | 562.71 | 323.94 | 1,782.78 |
| YTD: | 100,190.06 | 0.00 | 20,090.90 | 12,899.08 | 67,200.08 |

### Paid Time Off

| Plan | Balance |
|---|---|
| Vacation | 150.86 |

### Employer BIN

### Net Pay

| Advice # (Savings) | 1,782.78 |
|---|---|
| Check Date: | 10/06/2017 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information below reflects the accrual as of the end of the month shown. Current YTD totals, and paid time off balances appear on your latest weekly pay statement.

*LOCKHEED MARTIN*

Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Vacation Rate | Pay Period |
|---|---|---|---|---|---|
| Scott Pozner | | 1 | $126,191 / Annual | $60.668750 | 09/18/2017 to 09/24/2017 |

## Hours/Earnings and Reimbursements

| Description | ---------- Current ---------- | | | ------------ YTD ------------ | |
|---|---|---|---|---|---|
| | Hours | Rate of Pay | Earnings | Hours YTD | Earnings YTD |
| Regular Pay | 35.50 | 60.668750 | 2,153.74 | 1,337.00 | 80,574.64 |
| Overtime Base 1.0 | 4.00 | 60.668750 | 242.68 | 60.00 | 3,608.85 |
| Floating Holiday | 0.00 | | 0.00 | 25.50 | 1,480.44 |
| Vacation | 4.50 | 60.668750 | 273.01 | 117.50 | 7,050.20 |
| Holiday | 0.00 | | 0.00 | 45.00 | 2,683.08 |
| Pers Business-Paid | 0.00 | | 0.00 | 31.00 | 1,880.74 |
| Paid Leave | 0.00 | | 0.00 | 4.00 | 242.68 |
| TOTAL: | 44.00 | | 2,669.43 | 1,620.00 | 97,520.63 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dep Opt'l Tem Life-Spouse | 4.52 | 176.28 |
| Dep Opt Term Life | 0.22 | 8.58 |
| TOTAL: | 4.74 | 184.86 |

## Taxes

| Description | Current | YTD | Taxable YTD |
|---|---|---|---|
| Fed Withholdng | 284.72 | 9,485.77 | 85,303.04 |
| Fed MED/EE | 36.96 | 1,345.83 | 92,815.98 |
| Fed OASDI/EE | 158.02 | 5,754.59 | 92,815.98 |
| CO Withholdng | 83.00 | 2,942.00 | 85,303.04 |
| TOTAL: | 562.70 | 19,528.19 | |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Savings-SSP | 194.14 | 7,512.94 |
| Medical | 107.75 | 4,202.25 |
| Dental | 12.22 | 476.58 |
| Vision | 2.42 | 94.38 |
| EE Special Accident | 1.38 | 53.82 |
| Spouse Special Accident | 1.29 | 50.31 |
| TOTAL: | 319.20 | 12,390.28 |

## Non-Paid Updates (Memo)

| Description | Hours | Current | Hours YTD | YTD |
|---|---|---|---|---|
| Imputed Inc-Life Ins. | | 4.43 | | 172.69 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2,669.43 | 0.00 | 562.70 | 323.94 | 1,782.79 |
| YTD: | 97,520.63 | 0.00 | 19,528.19 | 12,575.14 | 65,417.30 |

### Paid Time Off

| Plan | Balance |
|---|---|
| Vacation | 150.86 |

### Employer BIN

### Net Pay

| Advice # (Savings) | | 1,782.79 |
|---|---|---|
| Check Date: | 09/29/2017 | |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

Paycheck Print

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**

Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Vacation Rate | Pay Period |
|---|---|---|---|---|---|
| Scott Pozner | [redacted] | 1 | $126,191 / Annual | $60.668750 | 09/04/2017 to 09/10/2017 |

| Hours/Earnings and Reimbursements ----------- Current ----------- | | | |
|---|---|---|---|
| Description | Hours | Rate of Pay | Earnings |
| Regular Pay | 31.00 | 60.668750 | 1,880.73 |
| Overtime Base 1.0 | 4.00 | 60.668750 | 242.68 |
| Floating Holiday | 0.00 | | 0.00 |
| Vacation | 0.00 | | 0.00 |
| Holiday | 9.00 | 60.668750 | 546.02 |
| Pers Business-Paid | 0.00 | | 0.00 |
| Paid Leave | 0.00 | | 0.00 |
| TOTAL: | 44.00 | | 2,669.43 |

| After-Tax Deductions | |
|---|---|
| Description | Current |
| Dep Opt'l Term Life-Spouse | 4.52 |
| Dep Opt Term Life | 0.22 |
| TOTAL: | 4.74 |

| Taxes | |
|---|---|
| Description | Current |
| Fed Withholdng | 284.72 |
| Fed MED/EE | 36.96 |
| Fed OASDI/EE | 158.03 |
| CO Withholdng | 83.00 |
| TOTAL: | 562.71 |

| Before-Tax Deductions | |
|---|---|
| Description | Current |
| Savings-SSP | 194.14 |
| Medical | 107.75 |
| Dental | 12.22 |
| Vision | 2.42 |
| EE Special Accident | 1.38 |
| Spouse Special Accident | 1.29 |
| TOTAL: | 319.20 |

| Non-Paid Updates (Memo) | | |
|---|---|---|
| Description | Hours | Current |
| Imputed Inc-Life Ins. | | 4.43 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2,669.43 | 0.00 | 562.71 | 323.94 | 1,782.78 |

| Employer BIN |
|---|
| [redacted] |

| Net Pay | |
|---|---|
| Advice # (Savings) | [redacted] 1,782.78 |
| Check Date: | 09/15/2017 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

Alpine Wellness Chiropractic
16205 West 64th Avenue
Suite B-1
Arvada, Colorado 80007


Denise Pozner
13850 West Amherst Drive
Lakewood, CO 80228


| Employee Pay Stub | | Check number: 2106 | | | Pay Period: 09/01/2017 - 09/14/2017 | | Pay Date: 09/15/2017 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Denise Pozner, 13850 West Amherst Drive, Lakewood, CO 80228 | | | | | ***-**-7167 | Married/Married | Fed-3/0/CO-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Officer Salaries | 8:00 | | 595.55 | 5,788.56 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | 0.00 | 0.00 |
| Social Security Employee | | | -36.92 | -358.89 |
| Medicare Employee | | | -8.63 | -83.93 |
| CO - Withholding | | | 0.00 | 0.00 |
| | | | -45.55 | -442.82 |

| Net Pay | | | 550.00 | 5,345.74 |
|---|---|---|---|---|

Alpine Wellness Chiropractic
16205 West 64th Avenue
Suite B-1
Arvada, Colorado 80007


Denise Pozner
13850 West Amherst Drive
Lakewood, CO 80228


**Employee Pay Stub**          Check number: 2097                    Pay Period: 08/16/2017 - 08/31/2017            Pay Date: 09/01/2017

**Employee**                                                        **SSN**
Denise Pozner, 13850 West Amherst Drive, Lakewood, CO 80228         ***-**-7107

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|---|
| Officer Salaries | 5:00 | | 695.67 | 6,193.01 | | Sick | 0:00 | | 0:00 |
| | | | | | | Vacation | 0:00 | | 0:00 |
| Taxes | | | Current | YTD Amount | | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | | |
| Social Security Employee | | | -36.93 | -321.97 | | | | | |
| Medicare Employee | | | -8.64 | -75.30 | | | | | |
| CO - Withholding | | | 0.00 | 0.00 | | | | | |
| | | | -45.57 | -397.27 | | | | | |
| Net Pay | | | 650.00 | 4,795.74 | | | | | |

Alpine Wellness Chiropractic
16205 West 64th Avenue
Suite B-1
Arvada, Colorado 80007


Denise Pozner
13850 West Amherst Drive
Lakewood, CO 80228


| Employee Pay Stub | | Check number: 2088 | | | Pay Period: 07/15/2017 - 07/31/2017 | | Pay Date: 08/01/2017 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Denise Pozner, 13850 West Amherst Drive, Lakewood, CO 80228 | | | | | ***-**-7107 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Officer Salaries | 5.00 | | 595.57 | 4,001.89 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | Current | YTD Amount | Vacation | 0:00 | | 0:00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | |
| Social Security Employee | | | -36.93 | -248.12 | | | | |
| Medicare Employee | | | -8.64 | -58.00 | | | | |

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

**IN RE:**                                                    Case No. _____

**Pozner, Scott A. & Pozner, Denise**                         Chapter **13**
_____
Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 31, 2017**          Signature: */s/ Scott Pozner*
                                                **Scott Pozner**                                Debtor

Date: **October 31, 2017**          Signature: */s/ Denesa Pozner*
                                                **Denesa Pozner**                          Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Alternative Collection LLC
3842 Harlem Rd Ste 341
Buffalo, NY  14215-1935


Bank Of America
PO Box 982235
El Paso, TX  79998-2235


Caliber Home Loans
PO Box 24610
Oklahoma City, OK  73124-0610


Cantor CPAs, P.C.
5105 Dtc Pkwy Ste 230
Greenwood Village, CO  80111-2610


Capital Accounts
PO Box 140065
Nashville, TN  37214-0065


Capital Management Service
698 1/2 S Ogden St
Buffalo, NY  14206-2317


Capital One Bank USA
PO Box 60599
City of Industry, CA  91716-0599
```

Carnival (Barclay)
PO Box 13337
Philadelphia, PA  19101-3337


Chase Bank USA N.A.
PO Box 15123
Wilmington, DE  19850-5123


Citi Diamond Preferred
PO Box 6500
Sioux Falls, SD  57117-6500


Colorado Attorney General
1300 N Broadway Fl 7
Denver, CO  80203-2104


Colorado Department Of Revenue
Attn: Bankruptcy Department
1375 Sherman St Rm 504
Denver, CO  80261-3000


Discount Tire / Synchrony Bank
PO Box 960061
Orlando, FL  32896-0061


Discover Bank
PO Box 30421
Salt Lake City, UT  84130-0421

Discover Bank
PO Box 790213
Saint Louis, MO  63179-0213


Discover Financial Service
PO Box 6105
Carol Stream, IL  60197-6105


FMA Alliance, Ltd.
PO Box 2409
Houston, TX  77252-2409


Hitachi Capital
800 Connecticut Ave
Norwalk, CT  06854-1631


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


IRS District Counsel
600 17th St Ste 300
Denver, CO  80202-5446


Key Bank
PO Box 94902
Cleveland, OH  44101-4902

N2 Publishing
PO Box 602906
Charlotte, NC  28260-2906

National Medical Professionals
PO Box 1022
Wixom, MI  48393-1022

Navitas
111 Executive Center Dr Ste 102
Columbia, SC  29210-8414

Nelnet - Student Loans
PO Box 82505
Lincoln, NE  68501-2505

Prosper Funding LLC
221 Main St Ste 300
San Francisco, CA  94105-1909

Red Rocks Credit Union
8195 Southpark Ln
Littleton, CO  80120-4520

Sirius Satelite Radio
PO Box 33174
Detroit, MI  48232-5174

```
UCHealth
PO Box 733159
Dallas, TX  75373-3159


US Financial Services Inc.
21599 W 11 Mile Rd Ste 100
Southfield, MI  48076-3800


USAA
10750 McDermott Fwy
San Antonio, TX  78288-0002
```